No. 360. PENNSYLVANIA R. Co. *v.* ILLINOIS BRICK Co. October 14, 1935. Petition for writ of certiorari to the Appellate Court of Illinois, First District, granted.

*Messrs. Frederic D. McKenney, Henry Wolfe Biklé, Frank J. Loesch,* and *Edward M. Burke* for petitioner. *Mr. Abraham R. Miller* for respondent.